# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| USA | ) | |
| --- | --- | --- |
| Plaintiff | ) | Case No: 14 CR 313 |
| | ) | |
| v. | ) | |
| | ) | Judge Geraldine Soat Brown |
| Kurt S. Mayer | ) | |
| Defendant | ) | |
| | ) | |

## ORDER

(T:)    00:05   00:05

Status hearing on preliminary examination hearing held. The court finds the defendant unable to afford counsel. Michael Nash of the Federal Defender Panel is appointed as counsel for Defendant nunc pro tunc to 6/2/14. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Detention hearing held. Government moves for pretrial detention. Defendant agrees not to contest the government's motion for detention at this time without prejudice to defendant's right to move at a later time for pretrial release on conditions. Government's oral motion for pretrial detention is granted. Defendant shall remain in custody pending trial or until further order of the Court.

Date: 6/4/14

/s/ GERALDINE SOAT BROWN
UNITED STATES MAGISTRATE JUDGE