**14 CR 313** *(AT2)* **JUDGE DOW**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**FELONY**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **YES**
   **14 CR 313 -** *United States v. Kurt Mayer* **– Magistrate Judge Soat Brown**

   1b. Should this indictment or information receive a new case number from the court? **NO**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **Sex Offenses (II)**

10) List the statute of each of the offenses charged in the indictment or information.
    **18 U.S.C. 2251(a)**
    **18 U.S.C. 2252A(a)(1)**

_____
R. Matthew Hiller
Assistant United States Attorney

**FILED**

**OCT 2 2 2014**

**THOMAS G BRUTON
CLERK, U S DISTRICT COURT**