U.S v. Kurt Mayer
Docket # 14-CR-00313-1

FILED 6-30-16
JUL 05 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
LT

Honorable Judge Dow,

    About 30 days ago today. My attorney Mr. Nash came to see me in response to a letter I had drafted requesting full disclosure of my discovery. At my initial arrest the arresting agent advised me that having my discovery may prove a security threat, initially that was correct. However, now that I am at the MCC and have the ability to lock personal items, as such I would like to have ample time to review my discovery prior to my sentencing date. Unfortunatly as of writing this my attorney has yet to disclose any discovery to me.

    Im sending this letter to the court because I am troubled that not only have I recieved no discovery, but Mr. Nash advised me that he may have to request it from the prossecution. I do not totally understand the law, but I know if Mr. Nash has not seen all the discovery on this case he should not have been able to advise me to change my plea.

    Please set an immidiate status hearing to address the discovery problems, and allow me ample time to prepare for a possible sentencing date. As my funds are limited I cannot phone Mr. Nash as he does not accept collect calls and with the date rapidly approaching sentencing time is of the essence.

    Thank you for your time,

*Kurt Mayer*
Kurt Mayer 43443424
Docket # 14-CR-00313-1

MCC Chicago
71. W. Van Buren St.
Chicago, IL 60605

6-30-16

I swear under penalty of perjury that I have sent copies of this to both my attorney and the prosecution.

*Kurt Mayer*

Kurt Mayer 43443424

Docket # 14-CR-00313-1

MCC Chicago
71 W. Van Buren St.
Chicago, IL 60605