UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 14 CR 313 |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| KURT S. MAYER | ) | |

**FINAL ORDER OF FORFEITURE**

This cause comes before the Court on motion of the United States for entry of a final order of forfeiture as to specific property pursuant to the provisions of 18 U.S.C. § 2253, and the Court being fully informed hereby finds as follows:

(a) On October 22, 2014, an indictment was returned charging defendant Kurt S. Mayer with employing and using a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, pursuant to 18 U.S.C. § 2251(a)(1), among other violations;

(b) The indictment sought forfeiture to the United States of specific property pursuant to the provisions of 18 U.S.C. § 2253;

(c) On April 7, 2016, pursuant to Fed. R. Crim. P. 11, defendant Kurt S. Mayer entered a voluntary plea of guilty to Count One of the indictment, thereby making certain property subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and (a)(3);

(d) On May 10, 2017, this Court entered a preliminary order of forfeiture in which all right, title and interest of defendant Kurt S. Mayer in an Apple iPhone, bearing serial number C38K2Y1ADTTN was forfeited to the United States of

America for disposition according to law, pursuant to the provisions of 18 U.S.C. § 2253. Further, the United States was directed to seize and take custody of the foregoing property. Additionally, the United States was ordered to publish notice of the United States' intention to forfeit the property and to dispose of it according to law;

 (e) Pursuant to the provisions of 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253(b), notice of the criminal forfeiture proceedings against defendant Kurt S. Mayer was posted on an official government internet site for at least 30 consecutive days beginning on May 1, 2017;

 (f) The United States Marshal Service, pursuant to 21 U.S.C. § 853(g), as incorporated by 28 U.S.C. § 2461(c), has taken custody of the foregoing property for disposition according to law;

 (g) The Preliminary Order of Forfeiture was served pursuant to the district court's ECF system as to ECF filers. Pursuant to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b), no parties are known to have an interest in the property and accordingly, no parties were personally served with a copy of the notice of publication and preliminary order of forfeiture;

 (h) To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing property, and the time in which to do so has expired.

 Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

 1. The Motion of the United States for Entry of a Final Order of Forfeiture is granted. It is further ordered,

2. That, pursuant to the provisions of 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2, all right, title, and interest defendant KURT S. MAYER, and any other third party, may have in an Apple iPhone, bearing serial number C38K2Y1ADTTN, is hereby forfeit to the United States of America for disposition according to law. It is further ordered,

3. That, pursuant to the provisions of 21 U.S.C. § 853(g), as incorporated by 18 U.S.C. § 2253(b), following entry of this order, the United States shall have clear title to the foregoing property and shall dispose of the property according to law. It is further ordered,

4. This Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

DATED: 10/4/2018

_____
ROBERT M. DOW, JR.
United States District Judge